# United States District Court
# Eastern District of California
Before the Honorable **WILLIAM B. SHUBB**

Time in Court: 17 minutes

**SENTENCING MINUTES**

CASE #: CR-S-11-058-01
DATE: 4/20/2012

Deputy Clerk: Karen Kirksey Smith

Court Reporter: Kelly O'Halloran

UNITED STATES OF AMERICA

v.

**AMADOR FREGOSO**
**T/N:** AMADOR MARTINEZ FREGOSO

**For the Government**
Todd Leras, Asst. U.S. Attorney

**For the Defendant(s)**
Chris Haydn-Myer, Appointed

**Interpreter:** Yolanda Riley-Portal

**Defendant:** [X] Present  [X] Bail

- [X] **Judgment and Sentencing - Date of Plea or Finding of Guilty:** 5/23/2011 to Count 3 of the Information.
- [X] Placed on Probation: 60 months
- [X] Probation Conditions: Refer to Judgment and Commitment order.
- [X] **Special Conditions**: Refer to Judgment and Commitment order.
- [X] **Special Assessment**: $100 due immediately  [X] **Fine:** $5,000
- [X] **Appeal Rights:** [ ] Given  [X] **Waived**
- [X] **Upon motion made by the Government, the Court dismisses:** Counts 1, 2, 4 and 5

Page 1 of 1